AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DAVID VARGAS,                       :
                                    :
              Plaintiff,            :   **REVISED**
                                    :   **BRIEFING SCHEDULE**
        - v. -                      :
                                    :   20 Civ. 3334 (LJL)
                                    :
COMMISSIONER OF SOCIAL SECURITY,    :
                                    :
              Defendant.            :
------------------------------------x

IT IS HEREBY ORDERED that:

1. Defendant's response to plaintiff's motion is due on or before February 11, 2021.

3. Plaintiff's reply, if any, is due on or before March 4, 2021.

SO ORDERED:

_____  1/12/2021
United States District Judge